PER CURIAM.
The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 9, 2015, judgments and sentences in Case Nos. 2013-CF-1014, 2014-CF-1562, 2014-CF-1613, 2014-CF-1614, 2014-CF-1624, 2014-1625-CF, 2014-1626-CF, 2014-CF-1627, 2014-CF-1628, 2014-CF-1629, 2014-CF-1631, 2014-CF-1633, 2014-CF-1634, and 2014-CF-1635, in the Circuit Court in *1113 and for Putnam County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).
PETITION GRANTED.
ORFINGER and EVANDER, JJ., and JACOBUS, B.W., Senior Judge, concur.